NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

AUG 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAYCEE DUGARD, individually, and as Guardian Ad Litem, for her Minor Child, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-Appellee. | No. 13-17596 <br><br> D.C. No. 3:11-cv-04718-CTB Northern District of California, San Francisco <br><br> ORDER |

Before: CLIFTON and OWENS, Circuit Judges, and SMITH,* Chief District Judge.

Plaintiff-Appellant's request for publication, filed March 29, 2016, is GRANTED. The memorandum disposition filed March 15, 2016, is withdrawn and replaced with an opinion filed together with this order. Further petitions for rehearing or rehearing en banc may be filed.

---

* The Honorable William E. Smith, United States Chief District Judge for the District of Rhode Island, sitting by designation.